

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No.: '08 MJ 8351 |
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | 21 U.S.C. § 952 and 960 |
| Jose Israel SANDOVAL-Munoz, | Importation of a Controlled Substance (Felony) |
| Defendant. | |

The undersigned complainant being duly sworn states:

That on or about April 24, 2008, within the Southern District of California, defendant Jose Israel SANDOVAL-Munoz did knowingly and intentionally import approximately 39.60 kilograms (87.12 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Lonnie Brasby, Special Agent
U.S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 25TH DAY OF APRIL 2008.

PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Jose Israel SANDOVAL-Munoz

STATEMENT OF FACTS

This Statement of Facts is based on the reports, documents, and notes furnished to U. S. Immigration and Customs Enforcement Special Agent Lonnie Brasby.

On April 24, 2008, at approximately 2000 hours, Jose Israel SANDOVAL-Munoz entered the United States at the Calexico, CA, West Port of Entry. SANDOVAL-Munoz was the sole occupant driver of a 1990 Isuzu Amigo.

Customs and Border Protection Officer (CBPO) E. Smura, Canine Enforcement Officer (CEO) J. Jones, and CEO J. Jones' assigned Narcotic Detector Dog (NDD) were conducting a pre-primary roving operation when CEO J. Jones' NDD alerted to a 1990 Isuzu Amigo. SANDOVAL-Munoz gave a negative Customs declaration to CBPO E. Smura. During questioning, SANDOVAL-Munoz advised CBPO E. Smura that he was going to Wal-Mart in Calexico, California to buy shoes for his daughter. SANDOVAL-Munoz also advised CBPO E. Smura that he was the owner of the vehicle and had bought it two weeks prior. While contacting SANDOVAL-Munoz, CBPO E. Smura observed that SANDOVAL-Munoz was avoiding eye contact, sweating, and his hands were shaking when passing documents. CBP Officer E. Smura then escorted SANDOVAL-Munoz to the vehicle secondary office.

In the vehicle secondary lot, a subsequent inspection of the vehicle revealed eighteen (18) packages, which were discovered in specially built non-factory compartments within all four (4) tires of the vehicle. One of the packages was probed and a sample of a green leafy substance was obtained, which field tested positive for marijuana. The 18 packages had a combined net weight of approximately 39.60 kilograms (87.12 pounds) of marijuana.

SANDOVAL-Munoz was arrested for importation of marijuana into the United States. SANDOVAL-Munoz was advised of his rights, per Miranda. SANDOVAL-

Munoz stated that he understood his rights and was willing to answer questions without the presence of an attorney. SANDOVAL-Munoz admitted to smuggling the narcotics concealed in the vehicle and was to be given the 1990 Isuzu Amigo in return. SANDOVAL-Munoz stated that the Isuzu Amigo was worth approximately $350.00.