1 **BRIDGET KENNEDY**
California State Bar No. 253416
2 FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 San Diego, California 92101-5030
Telephone (619) 234-8467
4 Facsimile (619) 687-2666
bridget_kennedy@fd.org
5
6 Attorneys for Mr. Sandoval-Munoz
7
8              UNITED STATES DISTRICT COURT
9            FOR THE SOUTHERN DISTRICT OF CALIFORNIA
10
11 UNITED STATES OF AMERICA,           )   Case No. 08mj8351
                                      )
12           Plaintiff,                )
                                      )
13 v.                                  )
                                      )   **NOTICE OF APPEARANCE**
14 **JOSE ISRAEL SANDOVAL-MUNOZ,**     )
                                      )
15           Defendant.                )
                                      )
16
17         Pursuant to implementation of the CM/EMF procedures in the Southern District of California,
18 Bridget L. Kennedy, Federal Defenders of San Diego Inc., files this Notice of Appearance as lead attorney in
19 the above-captioned case.
20                                        Respectfully submitted,
21 Dated: April 30, 2008                  *s/ Bridget Kennedy*
                                         Federal Defenders of San Diego, Inc.
22                                        *bridget_kennedy@fd.org*
23
24
25
26
27
28

**BRIDGET KENNEDY**
California State Bar No. 253416
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone (619) 234-8467
Facsimile (619) 687-2666
bridget_kennedy@fd.org

Attorneys for Mr. Sandoval-Munoz

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | Case No. 08mj8351 |
|                                ) |  |
|            Plaintiff,          ) |  |
|                                ) |  |
| v.                             ) | PROOF OF SERVICE |
|                                ) |  |
| **JOSE ISRAEL SANDOVAL-MUNOZ,** ) |  |
|                                ) |  |
|            Defendant.          ) |  |
|                                ) |  |

      Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

      **Assistant United States Attorney's**
      efile.dkt.gc1@usdoj.gov

Dated: April 30, 2008                               *s/ Bridget Kennedy*
                                                             **BRIDGET KENNEDY**
                                                             **TIMOTHY R. GARRISON**
                                                              Federal Defenders
                                                              225 Broadway, Suite 900
                                                              San Diego, CA 92101-5030
                                                              (619) 234-8467  (tel)
                                                              (619) 687-2666  (fax)
                                                              bridget_kennedy@fd.org
                                                              timothy_garrison@fd.org