FILED
MAY 2 2 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ef                     DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR1684-JAH |
|---|---|---|
| Plaintiff, | ) | I N F O R M A T I O N |
| v. | ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of marijuana (Felony) |
| JOSE ISRAEL SANDOVAL-MUNOZ, | ) | |
| Defendant. | ) | |

The United States Attorney charges:

On or about April 24, 2008, within the Southern District of California, defendant JOSE ISRAEL SANDOVAL-MUNOZ, did knowingly and intentionally import approximately 39.60 kilograms (87.12 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: May 22, 2008.

KAREN P. HEWITT
United States Attorney

*/s/ John Ven Ten*

JEFFREY D. MOORE
Assistant U.S. Attorney

JDM:rp:Imperial
5/22/08