AO 455(Rev. 5/85) Waiver of Indictment

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA



FILED
MAY 22 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | |
| JOSE ISRAEL SANDOVAL-MUNOZ | CASE NUMBER: 08CR1684-JAH |

I, __JOSE ISRAEL SANDOVAL-MUNOZ__, the above named defendant, who is accused of

committing the following offense:

   Importation of marijuana, in violation of Title 21, United States Code, Sections 952
   and 960 (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby

waive in open court on __5-22-08__ prosecution by indictment and consent that the

proceeding may be by information rather than by indictment.

X _Jose Israel Sandoval-M_
Defendant

_[signature]_
Counsel for Defendant

Before _[signature]_
       Judicial Officer