UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br>v.<br><br>JOSE ISRAEL SANDOVAL-MUNOZ,<br><br>  Defendant. | Civil No. 08cr1684 JAH<br><br>**ORDER RESCHEDULING HEARING** |

On the Court's own motion, IT IS HEREBY ORDERED the change of plea and sentencing hearing set for September 8, 2008 at 10:30 a.m. is **VACATED** and rescheduled to **September 12, 2008 at 10:30 a.m.** in Courtroom 11.

DATED: August 25, 2008

JOHN A. HOUSTON
United States District Judge