**BRIDGET KENNEDY**
California State Bar No. 253416
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone (619) 234-8467
Facsimile (619) 687-2666
bridget_kennedy@fd.org

Attorneys for Mr. Sandoval-Munoz

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JOHN A. HOUSTON)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08CR1684-JAH |
| Plaintiff, ) | Date:  September 12, 2008 |
| ) | Time:  10:30 a.m. |
| v. ) | |
| ) | MOTION FOR ORDER |
| **JOSE ISRAEL SANDOVAL-MUNOZ**, ) | TO SHORTEN TIME |
| Defendant. ) | |

The above-named defendant, by and through counsel, moves this Court for an order shortening time to file the Defendant's Sentencing Memorandum to two (2) days, for the following reasons:

Press of business.

Respectfully submitted,

s/ Bridget L. Kennedy

Dated: September 10, 2008          BRIDGET L. KENNEDY
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Sandoval-Munoz

1  **BRIDGET KENNEDY**
   California State Bar No. 253416
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California 92101-5030
   Telephone (619) 234-8467
4  Facsimile (619) 687-2666
   bridget_kennedy@fd.org

Attorneys for Mr. Sandoval-Munoz

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JOHN A. HOUSTON)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08cr1684-JAH |
| Plaintiff, ) | |
| v. ) | PROOF OF SERVICE |
| **JOSE ISRAEL SANDOVAL-MUNOZ,** ) | |
| Defendant. ) | |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

**JAIME D. PARKS, Assistant United States Attorney's**
efile.dkt.gc1@usdoj.gov

Dated: September 10, 2008        *s/ Bridget Kennedy*
                                  **BRIDGET KENNEDY**
                                  Federal Defenders
                                  225 Broadway, Suite 900
                                  San Diego, CA 92101-5030
                                  (619) 234-8467  (tel)
                                  (619) 687-2666  (fax)
                                  bridget_kennedy@fd.org